MCGREGOR W. SCOTT
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 07-0496-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| CHRISTOPHER JAMES RADCLIFFE, ) | Date: December 6, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Hon. Morrison C. England, Jr. |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, CHRISTOPHER JAMES RADCLIFFE, by and through his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference in the above-captioned matter set for Thursday, November 29, 2007, be continued to Thursday, December 6, 2007 at 9:00 a.m.

            Respectfully Submitted,

            McGREGOR W. SCOTT
            United States Attorney

DATE: November 27, 2007 By: /s/ Sean C. Flynn
            SEAN C. FLYNN
            Assistant U.S. Attorney

```
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATE: November 27, 2007  By:    /s/Sean Flynn for Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
```

O R D E R

In light of the fact there is no stipulation excluding time under the Speedy Trial Act, time is not excluded until the date of the new status hearing (December 6, 2007).

IT IS SO ORDERED.

Dated: November 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE