UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           Case No. 2:07-CR-00496-MCE

       Plaintiff,

  v.                                **ORDER FOR RELEASE OF PERSON IN CUSTODY**

CHRISTOPHER RADCLIFFE,

       Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release CHRISTOPHER RADCLIFFE, Case No. 2:07-CR-00496-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $____ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's Order on February 6, 2014, the Defendant is to be released to the custody of his probation officer for transport to The Effort treatment facility. |

Issued at Sacramento, California on February 7, 2014 at 9:25 a.m.

Dated: February 7, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE