|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 09, 2014<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

   Plaintiff,

v.

CHRISTOPHER JAMES RADCLIFFE,

   Defendant.

Case No. 2:07-cr-00496-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER JAMES RADCLIFFE ,

Case No.  2:07-cr-00496-MCE  Charge from custody for the following reasons:

   __X__   Release on Personal Recognizance

   _____   Bail Posted in the Sum of $ _____

   _____   Unsecured Appearance Bond $ _____

   _____   Appearance Bond with 10% Deposit

   _____   Appearance Bond with Surety

   _____   Corporate Surety Bail Bond

   __X__   (Other):   Conditions of supervision previously imposed

Issued at Sacramento, California on April 09, 2014 at 2:40 pm

By: _____

Magistrate Judge Carolyn K. Delaney